UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ 1st _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Randy McConniel          JOINT DEBTOR: Rebecca McConniel          Case No.: 11-45558-PGH
Last Four Digits of SS# -5213    Last Four Digits of SS# -9230

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $359.36   for months   1   to   60   ;
B.  $_____  for months  ___  to  ___  ;
C.  $_____  for months  ___  to  ___  ; in order to pay the following creditors:

Administrative: Attorney's Fee – $3,650.00          TOTAL PAID $500.00
                Balance Due   $3,150.00     payable $210.00     /month (Months   1   to   15  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
Account No: _____
   Arrearage on Petition Date  $ _____
   Arrears Payment              $ _____ /month (Months ___ to ___)
   Regular Payment              $ _____ /month (Months ___ to ___)

2. Gecrb/American Honda/National Capital Management, LLC PAY-OFF TOTAL $5,000.14 payable $116.69/month (Months 1 to 15)
                                                        payable $285.74 /month (Months   16   to   35  )
Account No: 6760          [payment includes 28.99% interest for total payments of $7,465.15]

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____
   Total Due  $ _____
   Payable    $ _____ /month (Months ___ to ___)

Unsecured Creditors:   Pay $40.95     /month (Months   16   to   35  ).
                       Pay $326.69    /month (Months   36   to   60  ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Citimortgage, Inc.(acct...5971), Green Tree Servicing(acct...1921) & Highlands County Tax Collector: Debtors will make direct payments for real property located at 4500 Higson Avenue, Sebring, FL 33875. Pursuant to In re Lanning, the debtors' prospective income has changed due to the joint debtor no longer being employed. The new gross income on line 11 is $5,324.58. The new tax deduction on line 30 is $773.12. The total of all deductions on line 58 is now $5,993.46. The new monthly disposable income on line 59 is now negative $668.88. Debtors shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtors' income or tax refunds increase, upon request from Trustee, Debtors shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Randy McConniel_          _/s/ Rebecca McConniel_
Debtor                         Joint Debtor
Date: 5-8-12                   Date: 5-8-12

LF-31 (rev. 01/08/10)